IN THE SUPREME COURT OF THE STATE OF NEVADA

CHERYL MARIE KING,
                    Appellant,
              vs.
JOSHUA RYAN LITTLE BEAR KING,
                    Respondent.

No. 82120

FILED

JAN 08 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S Young
     DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment in a child custody matter. Eighth Judicial District Court, Family Court Division, Clark County; Rebecca Burton, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to have been prematurely filed under NRAP 4(a) because there is a pending motion to reconsider in the district court. This court may dismiss as premature a notice of appeal filed before entry of the written disposition of the last remaining timely motion listed in NRAP 4(a)(4). *See AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 585, 245 P.3d 1190, 1195 (2010) (explaining when a motion for reconsideration has tolling effect

21-00537

under NRAP 4(a)(4)(C)); NRAP 4(a)(6). We conclude that this court lacks jurisdiction over this appeal and accordingly we

ORDER this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:    Hon. Rebecca Burton, District Judge, Family Court Division
       Cheryl Marie King
       Kelleher & Kelleher, LLC
       Eighth District Court Clerk

---

[1]Counsel for respondent has filed a motion to withdraw, as the law firm of Kelleher & Kelleher, LLC and attorney John T. Kelleher were never retained as counsel. The motion is granted.